AO 245D (Rev. 01/01) Sheet 1 - Judgment in a Criminal Case for Revocation

CASE NUMBER:         3:02CR00216-001-JVP                              Judgment - Page 1 of 4
DEFENDANT:           BYRON ARCHILLE LAWSON

FILED
U.S. DIST. COURT
MIDDLE DIST. OF L
2008 DEC 18  PM 9:03

SIGN_____
BY DEPUTY CLERK

# United States District Court
## Middle District of Louisiana

UNITED STATES OF AMERICA
v.
BYRON ARCHILLES LAWSON
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number:     3:02CR00216-001-JVP

Thomas C. Damico, Esq.
Defendant's Attorney

**THE DEFENDANT:**

[✔] admitted guilt to violation of condition(s) <u>Viol. 1 - Mandatory Cond.; Viol. 2 - Standard Cond.; Viol. 3 - Special Cond.</u> of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through <u>4</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) __ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

_____
Signature of Judicial Officer

_____
Name & Title of Judicial Officer

December 18, 2008
Date

CC: USAtty

| CASE NUMBER: | 3:02CR00216-001-JVP | Judgment - Page 2 of 4 |
| DEFENDANT: | BYRON ARCHILLE LAWSON | |

## ADDITIONAL VIOLATION

| **Violation Number** | **Nature of Violation** | **Date Violation Concluded** |
|---|---|---|
| 1 | "The defendant shall refrain from the unlawful use of a controlled substance." | August 13, 2008 |
| | On August 13, 2008, the U.S. Probation Officer received a phone call from family members stating that the offender was using cocaine base. | |
| | On this same date, this U.S. Probation Officer went to the offender's residence to confront him about this report. At this time, the offender admitted to this officer that he had, in fact, been using cocaine base and requested help for his problem. | |
| 2 | "The defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer." | August 25, 2008 |
| | In response to the offender's admission listed above, the U.S. Probation officer, on August 13, 2008, instructed the offender as follows: | |
| | 1) He shall report to a detoxification center immediately; | |
| | 2) He shall report the U.S. Probation Office's contracted substance abuse counselor on August 18, 2008; and | |
| | 3) He will attend impatient treatment to include pre-inpatient group and individual meetings until he can go into impatient treatment and be drug tested weekly. | |
| | On August 25, 2008, our office received notification from family members that the offender was removed from the detoxification center early. Further, our office confirmed with our substance abuse counselor that the offender never reported to him as we directed. | |

| | | |
|---|---|---|
| CASE NUMBER: | 3:02CR00216-001-JVP | Judgment - Page 3 of 4 |
| DEFENDANT: | BYRON ARCHILLE LAWSON | |

| | | |
|---|---|---|
| 3 | "The defendant shall participate in an alcohol assessment and/or a substance abuse treatment program which may include breath and urine testing and residential treatment, and shall assist in the cost of said treatment, as approved by the probation officer." | August 25, 2008 |
| | For details of this behavior, please refer to the "Nature of Noncompliance" outlined in Violation numbers one and two. | |

AO 245 D (Rev. 1/01) Judgment in a Criminal Case for Revocation Sheet I

| | | |
|---|---|---|
| CASE NUMBER: | 3:02CR00216-001-JVP | Judgment - Page 4 of 4 |
| DEFENDANT: | BYRON ARCHILLES LAWSON | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 6 months on each of counts (violations) one, two, and three to be served concurrently to one another.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal